UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Becky G. Hines** | : | **CASE NO. 20-30133-SDB** |
| Debtor(s) | : | |
| | : | |
| **Crescent Mortgage Company** | : | |
| | : | |
| Respondent | : | |

## MOTION FOR DETERMINATION OF FEES, EXPENSES, OR CHARGES

The above-referenced Debtors, by and through her attorney, Luman C. Earle file this Motion for Determination of Fees, Expenses, or Charges to Rule 3002.1(e) of the Federal Rules of Bankruptcy Procedure and show the following:

1. Debtor(s) filed for relief under Chapter 13 Bankruptcy on September 18, 2020.

2. Crescent Mortgage Company filed Official Form 410S2, Notice of Post-Petition Mortgage Fees, Expenses and Charges on March 5, 2021 alleging Debtors owed "Plan Review" fees in the amount of $ 450.00, "Bankruptcy/Proof of Claim" fees in the amount of $ 500.00 and "Poof of Claim 410A" in the amount of $ 250.00

3. Pursuant to Rule 3002.1(c) and 3002.1(d) Notice is filed as a supplement to Respondents Proof of Claim.

4. As filed, Respondents Notice of Post-Petition Mortgage Fees, Expenses and Charges forces the debtors to decipher or guess whether the charges and fees are for services actually provided by an outside bankruptcy consultant/attorney or whether Respondent has added penalty charges to the debtors account for reviewing the plan "in house". If so, this amounts to nothing more than a bankruptcy penalty.

5. The Debtor contends that these fees, expenses and charges alleged by Respondent are penalties that Respondent has assessed upon Debtor's account.

6. The Debtor further assert that even if the alleged fees, expenses and charges are for services actually provided by an outside bankruptcy consultant/attorney the fees are unreasonable for the services performed.

      **WHEREFORE**, the Debtor respectfully requests that this Court:

1. Determine that Debtor is not required to repay the fees, expenses and charges listed on Respondents Notice of Post-Petition Mortgage Fees, Expenses and Charges

2. Such other and further relief as this court deems appropriate.

Dated: April 21, 2021

                                            /s/ LUMAN C. EARLE
                                            Luman C. Earle
                                            Attorney for Debtor

Prepared and Submitted by:
Luman C. Earle
Attorney for Debtor
1101-E Hillcrest Parkway
Dublin, Ga. 31021
478-275-1518 Fax 478-272-3232
Sate Bar NO. 237150

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Becky G. Hines** | : | CASE NO. 20-30133-SDB |
| **Debtor(s)** | : | |
| | : | |
| **Crescent Mortgage** | : | |
| **Company** | : | |
| **Respondent** | : | |

### CERTIFICATE OF SERVICE

I hereby certify that the following parties have been served with the **Motion for Determination of Fees, Expenses and Charges.** Those not served by electronic means by the court's electronic filing system have been served by depositing the same in the U.S. mail in properly addressed envelopes with sufficient postage affixed to the following:

U.S. Bankruptcy Court
Post Office Box 1487
Augusta, GA 30903

Huon Le
Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903

Becky G, Hines
794 Old Watermelon Road
Tennille, GA 31089

Crescent Mortgage Company
425 Phillips Blvd
Trenton, NJ 08618

Andrea L. Betts
Attorney at Law
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097

Dated this 21st day of April 2021

/s/ LUMAN C. EARLE
LUMAN C. EARLE
Attorney for Debtor

Prepared and Submitted By:
Luman C. Earle
Attorney at Law
1101-E Hillcrest Parkway
Dublin, GA 31021
(478) 275-1518
(478) 272-3232
State Bar No. 237150