IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| **Becky G. Hines** | : | **CASE NO. 20-30133-SDB** |
| Debtor(s) | : | |
| | : | |
| **Crescent Mortgage Company** | : | |
| | : | |
| Respondent | : | |

**ORDER ON MOTION FOR DETERMINATION OF MORTGAGE FEES, EXPENSES, OR CHARGES**

The Debtor's Motion for Determination of Mortgage Fees, Expenses or Charges having been considered after notice and hearing. Based upon the evidence presented, this Court finds that there exists no post-petition fees, expenses or charges owing to the Respondent. It is hereby:

**ORDERED** that the motion is granted and that Respondent is barred from pursuing Debtor for the claimed post petition fees, expenses and charges.

**[END OF DOCUMENT]**

Prepared by:
/s/ Luman C. Earle
LUMAN C. EARLE
Attorney for Debtor
Bar No. 237150
1101-E Hillcrest Parkway
Dublin, GA 31021
(478) 275-1518
l_law@gmail.com